# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BOBBY GRIFFIN                                                                                           PLAINTIFF

V.                                            3:05CV00153 GH/HDY

LINDSEY FAIRLEY, *et al.*                                                                        DEFENDANTS

## **JUDGMENT**

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

    DATED this 27th day of September, 2005.

*[signature: George Howard Jr.]*
UNITED STATES DISTRICT JUDGE